| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 07-CR-00806-001(DC) 07-CR-00469-001(DC) |
|---|---|---|
| | | DOCKET NUMBER *(Rec Court)* 12cr10087 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Robert Petrino, Sr. | SOUTHERN DISTRICT OF NEW YORK | Probation |
| USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 12-22-11 | NAME OF SENTENCING JUDGE Honorable Denny Chin, U.S. Circuit Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM April 25, 2011 — TO April 24, 2014 |

**OFFENSE**

Interstate Transportation of Stolen Goods {18 U.S.C. 2314}, a Class C Felony. Interstate Transportation of Stolen Goods {18 U.S.C. 2314}, a Class C Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **"SOUTHERN DISTRICT OF NEW YORK"**

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12-22-11
*Date*

*United States Circuit Judge, By Designation*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **District of Massachusetts.**

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 30, 2012
*Effective Date*

*United States District Judge*