**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

ROBIN D. TABORA
CLERK

TEL NO. 240-3200
(AREA CODE 860)

FILED
IN CLERK'S OFFICE

2012 JUN 14  P 12: 24

DINAH MILTON KINNEY
CHIEF DEPUTY CLERK

MELISSA M. RUOCCO
HARTFORD DIVISION MANAGER

June 13, 2012

United States District Court
1 Courthouse Way
Boston, Mass. 02210

   Re: 3:12MJ173TPS
     USA v. Robert Petrino, Sr.

On 6/4/12, the above defendant appeared in this court as a result of a Rule 5 arrest.

The official court record for the District of Connecticut is the electronic case filing system, CMECF. Please use your court's PACER account and password to access these original documents. If you have any problems, please do not hesitate to contact us.

Please acknowledge receipt on the copy of this letter and return same in the self-addressed, stamped envelope provided for your convenience.

         Very truly yours,

         ROBIN D. TABORA, Clerk

         By _Barbara G. Sunbury_
          Barbara G. Sunbury
         Deputy Clerk

Enclosures

# U.S. District Court
# United States District Court for the District of Connecticut (New Haven)
# CRIMINAL DOCKET FOR CASE #: 3:12-mj-00173-TPS-1

| | |
|---|---|
| Case title: USA v. Petrino | Date Filed: 06/04/2012 |
| | Date Terminated: 06/13/2012 |

Assigned to: Judge Thomas P. Smith

**Defendant (1)**

| | | |
|---|---|---|
| **Robert Petrino, Sr**<br>*TERMINATED: 06/13/2012* | represented by | **Kelly M. Barrett**<br>Federal Public Defender's Office - Htfd<br>10 Columbus Blvd.<br>6th Floor<br>Hartford, CT 06106-1976<br>860-493-6260<br>Fax: 860-493-6269<br>Email: Kelly_barrett@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Public Defender |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:3606.F Violation of Conditions of Supervised Release | |

**Plaintiff**

USA                                               represented by  **David B. Fein**
U.S. Attorney's Office-NH
157 Church St., 25th floor
New Haven, CT 06510
203-821-3700
Email: David.Fein@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Latif**
U.S. Attorney's Office-NH
157 Church St., 25th floor
New Haven, CT 06510
203-821-3798
Email: elizabeth.latif@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/04/2012 | | Arrest (Rule 5) of Robert Petrino, Sr (Sunbury, B.) (Entered: 06/05/2012) |
| 06/04/2012 | 1 | Minute Entry for proceedings held before Judge Thomas P. Smith:Initial Appearance in Rule 5 Proceedings as to Robert Petrino, Sr held on 6/4/2012, Bond Hearing as to Robert Petrino, Sr held on 6/4/2012 and 15 minutes(Court Reporter FTR.)(Sunbury, B.) (Entered: 06/05/2012) |
| 06/04/2012 | 2 | SEALED CJA 23 Financial Affidavit by Robert Petrino, Sr (Sunbury, B.) (Entered: 06/05/2012) |
| 06/05/2012 | 3 | COMMITMENT TO ANOTHER DISTRICT as to Robert Petrino, Sr. Defendant committed to District of Boston, Massachusetts. Signed by Judge Thomas P. Smith on 6/4/12. (Sunbury, B.) (Entered: 06/05/2012) |
| 06/05/2012 | 4 | SEALED BAIL INFORMATION SHEET by Robert Petrino, Sr (Sunbury, B.) (Entered: 06/05/2012) |
| 06/05/2012 | 5 | Personal Recognizance Bond Entered as to Robert Petrino, Sr (Sunbury, B.) (Entered: 06/05/2012) |
| 06/13/2012 | 6 | WAIVER of Rule 5(c)(3) Hearings by Robert Petrino, Sr (Sunbury, B.) (Entered: 06/13/2012) |
| 06/13/2012 | 7 | Notification to District of Boston, Massachusetts re Rule 5 proceedings as to Robert Petrino, Sr (Sunbury, B.) (Entered: 06/13/2012) |

| PACER Service Center |
|---|
| Transaction Receipt |

|  | 06/15/2012 07:53:20 | | |
|---|---|---|---|
| PACER Login: | us2510 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:12-mj-00173-TPS |
| Billable Pages: | 2 | Cost: | 0.20 |

Case 3:12-mj-00173-TPS Document 1 Filed 06/04/12 Page 1 of 2

Criminal Std (4/4/2011)

HONORABLE: Smith
DEPUTY CLERK Sunbury     RPTR/ECRO/TAPE FTR
USPO _____     INTERPRETER _____

TOTAL TIME: ___ hours 15 minutes
DATE: 6/6/12     START TIME: 3:15     END TIME: 3:30

**COURTROOM MINUTES**

| ☒ IA-INITIAL APPEAR | ☒ BOND HRG | ☐ CHANGE OF PLEA | ☐ IN CAMERA HRG |
| ☒ IA- RULE 5 | ☐ DETENTION HRG | ☐ WAIVER/PLEA HRG | ☐ COMPETENCY HRG |
| ☐ ARRAIGNMENT | ☐ PROBABLE CAUSE | ☐ EXTRADITION HRG | ☐ FORFEITURE |
| ☐ CONFLICT HRG | ☐ EVIDENTIARY HRG | ☐ STATUS CONF | |

CRIMINAL NO. 12mj173TPS     DEFT # ____

L.Latiff
AUSA

UNITED STATES OF AMERICA
vs
Robert Petrino

K.Barrett
Counsel for Defendant Ret ☐ CJA ☐ PDA ☒

---

☐ ....... Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
☒ ....... ☐ Arrest Date (CT Case): Self Surrend ☐ Case unsealed or ☒ Rule 5 arrest, 6/4/12 Dist of Boston,Mass.
☒ ....... CJA 23 Financial Affidavit filed ☒ under seal
☐ ....... Order Appointing Federal Public Defender's Office filed
☐ ....... Court appoints Attorney _____ to represent defendant for ☐ this proceeding only ☐ all proceedings
☐ ....... Appearance of _____ filed
☐ ....... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
☐ ....... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
☐ ....... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
☐ ....... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
☐ ....... Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
☐ ....... Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s) ____ of the _____
☐ ....... Petition to Enter Guilty Plea filed     (indict, superseding indict, info)
☐ ....... Defendant motions due _____ ; Government responses due _____
☐ ....... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
☐ ....... Hearing on Pending Motions scheduled for _____ at _____
☐ ....... Jury Selection set for _____ at _____
☐ ....... Remaining Count(s) to be dismissed at sentencing
☐ ....... Sentencing set for _____ at _____ ☐ Probation 246B Order for PSI & Report
☐ ....... Special Assessment of $ ____ on count(s) ____ . Total $ ____ ☐ Due immediately ☐ Pay at sentencing
☐ ....... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ....... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ ....... Order of Detention filed
☒ ....... Deft ordered removed/committed to originating /another District of Boston, Massachusetts
☐ ....... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
☐ ....... Waiver of Rule 5 Hearing filed
☐ ....... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☒ ....... Bond ☐ set at $ ____ ☐ reduced to $ ____ ☐ Non-surety ☐ Surety ☒ Personal Recognizance
☐ ....... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
☐ ....... Defendant detained
☐ ....... _____ Hearing ☐ waived ☐ set for _____ ☐ continued until _____
☐ ....... Set Attorney Flag and notify Federal Grievance Clerk

☐ SEE page II for ☐ conditions of bond ☐ additional proceedings

### CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
       upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed
       and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____
_____
_____
_____

### ADDITIONAL PROCEEDINGS

☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement

United States District Court

DISTRICT OF _____ CONNECTICUT _____

| UNITED STATES OF AMERICA<br>V.<br>ROBERT PETRINO, SR. | COMMITMENT TO ANOTHER DISTRICT | | |
|---|---|---|---|
| **DOCKET NUMBER** | | **MAGISTRATE JUDGE CASE NUMBER** | |
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| N/A | Cr. 1-12-cr 10087 (WGY) | 3:11MJ173 (TPS) | N/A |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
___ INDICTMENT     ___ INFORMATION     ___ COMPLAINT     _X_ OTHER (specify) warrant

charging violation of 18 U.S.C. § 3606

**DISTRICT OF OFFENSE**
**DISTRICT OF MASSACHUSETTS**

**DESCRIPTION OF CHARGES:** Violation of Conditions of Supervised Release

**CURRENT BOND STATUS:**
___ Bail Fixed at _____ and conditions were not met
___ Government moved for detention and defendant detained after hearing in District of Arrest
___ Government moved for detention and defendant detained pending detention hearing in District of Offense
_X_ Other (specify) released on personal recognizance.

**Representation:** ___ Retained Own Counsel     _X_ Federal Defender Organization     ___ CJA Attorney     ___ None

**Interpreter Required?**  ✓ No     ___ Yes     Language:

DISTRICT OF CONNECTICUT

**TO: THE UNITED STATES MARSHAL**
You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| June 4, 2012 | Honorable Thomas P. Smith |
|---|---|
| Date | United States Magistrate Judge |

## RETURN

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 12MJ173TPS |
| Robert Petrino | ) | |
| Defendant | ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, __Robert Petrino__ _(defendant)_, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
(   ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ✓ ) (1) This is a personal recognizance bond.

(   ) (2) This is an unsecured bond of $ _____.

(   ) (3) This is a secured bond of $ _____, secured by:

  (   ) (a) $ _____, in cash deposited with the court.

  (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property _(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)_:

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

  (   ) (c) a bail bond with a solvent surety _(attach a copy of the bail bond, or describe it and identify the surety)_:

### Forfeiture or Release of the Bond

_Forfeiture of the Bond._ This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

Case 1:12-cr-10087-WGY   Document 9   Filed 06/14/12   Page 9 of 10
Case 3:12-mj-00173-TPS   Document 5   Filed 06/05/12   Page 2 of 2

Page 2

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 6/4/2012

_____
*Defendant's signature*

_____                    _____
*Surety/property owner – printed name*             *Surety/property owner – signature and date*

_____                    _____
*Surety/property owner – printed name*             *Surety/property owner – signature and date*

_____                    _____
*Surety/property owner – printed name*             *Surety/property owner – signature and date*

CLERK OF COURT

Date: 6/4/12

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: _____

/s/ Thomas P. Smith, USMJ
_____
*Judge's signature*

United States District Court

_____ DISTRICT OF _____ **CONNECTICUT** _____

UNITED STATES OF AMERICA

V.

ROBERT PETRINO, SR.

WAIVER OF RULE 5(c)(3) HEARINGS
(Excluding Probation Cases)

CASE NUMBER: 3:12MJ173(TPS)

I, _Robert Petrino, Sr._, understand that in the __xxxx__ District of _Massachusetts_, charges are pending alleging violation of _18 U.S.C. § 3606_ and that I have been arrested in this District and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( X ) identity hearing

(   ) preliminary examination

(   ) identity hearing and have been informed I have no right to a preliminary examination

(   ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
ROBERT PETRINO, SR.
DEFENDANT

_June 4, 2012_
Date

_____
KELLY BARRETT, ESQ.
COUNSEL FOR DEFENDANT