

AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF    Massachusetts

| UNITED STATES OF AMERICA<br>V.<br><br>ROBERT PETRINO, SR.<br>695A East 5th Street<br>South Boston, MA 02127<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    12-cr-10087-WGY |
|---|---|

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>One Courthouse Way<br>Boston, Massachusetts<br><br>Before:    The Honorable William G. Young, U.S.D.J. | Room<br>Courtroom # 18, 5th Floor |
|---|---|
| | Date and Time<br>4/5/2013 at 2:00 PM |

To answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    X  Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title _____18_____ United States Code, Section(s) _____3606_____

Brief description of offense:

Violation of Conditions of Supervised Release.


_[signature: Jennifer Gaudet]_
Signature of Issuing Officer

Jennifer Gaudet, Deputy Clerk
Name and Title of Issuing Officer

March 22, 2013
Date