UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>ROBERT PETRINO, SR.,  )<br>)<br>Defendant.  ) | Criminal No. 12-10087-WGY |

**GOVERNMENT'S RESPONSE TO EARLY TERMINATION OF SUPERVISION**

The United States responds as follows to Robert Petrino, Sr.'s request that his supervision terminate.

Mr. Petrino has been sentenced to periods of federal imprisonment totaling 75 months during the past seven years. Def's Motion, p.1; Docket No. 18. In 2012, he graduated from the CARE program and was rewarded for that effort with one year off of his then pending term of supervised release. At the time of his graduation, Mr. Petrino was employed, passing his drugs tests, and involved in the same stable relationships that sustain him today. However, two months later, Mr. Petrino was arrested for violating the terms of his supervision. Docket No. 3, Docket Entry dated 6/4/2012. Supported by the same foundation of reported stability then, as now, he chose a course of conduct that violated numerous release conditions in place then, as now, to help him: he left the jurisdiction without permission; he associated with persons with felony records who were engaged in criminal activity; he failed to notify Probation within 72 hours of being arrested; and he failed to report as required to Probation. Such choices are not indicators of long term success.

By all accounts, Mr. Petrino has made better decisions during the past year and appears to be doing well. It is satisfying to read such reports because of course successful supervision is

what we all hope for at the time of sentencing. It does not appear that Mr. Petrino's remaining reporting requirements are burdensome and they are certainly designed to help him achieve the long term success which has eluded him to date.

On this chronology, the government opposes Defendant's request to terminate his supervision. The government commends Mr. Petrino for his recent efforts but urges patience and continued commitment to a process that is in place for his wellbeing in his lifelong quest to remain sober, employed, and law abiding.

Dated: October 1, 2014

By its attorney,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ Lori J. Holik
Lori J. Holik
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2014 a copy of the foregoing will be served on counsel of record by causing same to be electronically filed with the Court.

/s/ Lori J. Holik
Lori J. Holik
Assistant U.S. Attorney